THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SPEYER, Appellant, *v.* JOHN F. GILCHRIST et al., Constituting the State Tax Commission, Respondents.

*Tax — income tax — amount paid in settlement of claim of former partner for accounting — improperly deducted as business loss in computation of income tax.*

*People ex rel. Speyer* v. *Gilchrist,* 219 App. Div. 155, affirmed.

(Argued June 1, 1927; decided June 21, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 7, 1927, which unanimously confirmed, on certiorari, a determination of the State Tax Commission that relator is subject to an additional income tax for the year 1922. The relator agreed to pay a large sum of money to a former member of his firm in settlement of his claim for an accounting as to profits, past and prospective, and in consideration of the release of all his claims against the firm. The question was whether the amount paid as a first installment under said agreement might be deducted as a business loss or expense in computing his income tax.

*Henry W. Taft* and *Clarence Castimore* for appellant.

*Albert Ottinger, Attorney-General (Henry S. Manley* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ. Dissenting: CARDOZO, Ch. J. Absent: LEHMAN, J.

39